IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FARM CREDIT SERVICES OF AMERICA, FLCA,** | |
| Plaintiff, | 8:14CV196 |
| vs. | ORDER |
| **JANIS MULLER,** | |
| Defendant. | |

This matter comes before the court on the plaintiff's unopposed Motion to Transfer Venue (Filing No. 6). Having reviewed the complaint and the plaintiff's motion, the court finds the unopposed motion should be granted.

**IT IS ORDERED**:

1. This case is transferred to the United States District Court for the Southern District of Iowa, Western Division, a district where it could have been brought, pursuant to 28 U.S.C. § 1406(a).

2. The Clerk of this Court shall send a certified copy of this Order, together with the record in this case, to the Clerk of the Court for the United States District Court for the Southern District of Iowa, Western Division.

Dated this 11th day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge